## CRIMINAL COMPLAINT
### (Electronically Submitted)

| | |
|---|---|
| United States District Court | DISTRICT of ARIZONA |
| United States of America<br>v.<br>**Kevin Lorenzo Sherman Mcafee Jr**<br>DOB: 1997; United States | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>20-04691MJ |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i), and 1324(a)(1)(B)(iii)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about March 31, 2020, in the District of Arizona, **Kevin Lorenzo Sherman Mcafee Jr**, knowing and in reckless disregard of the fact that certain illegal alien, Gaspar Domingo-Tomas, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain, and placing in jeopardy the life of any person; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii),1324(a)(1)(B)(i) and 1324(a)(1)(B)(iii).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about March 31, 2020, in the District of Arizona, United States Border Patrol Agents (BPA) saw a 2012 Nissan Altima traveling westbound on SR-86 by the checkpoint. The BPA only saw the driver in the vehicle, a young black male who was wearing a white t-shirt. Record checks revealed the vehicle was registered to an address in Glendale, AZ. Approximately one and a half hours later, the same vehicle was traveling eastbound on SR-86 with multiple occupants. The vehicle appeared to be riding low in the rear. The BPA followed the vehicle to the SR-86 checkpoint near Robles Junction. The driver was identified as **Kevin Lorenzo Sherman Mcafee Jr.** Three other passengers were also encountered, two adults and one juvenile. The driver and all three passengers were U.S. Citizens. **Mcafee** gave the BPA consent to search the trunk and the BPA found one illegal alien hiding in the trunk.

Material witness Gaspar Domingo-Tomas said he had arranged to be smuggled into the United States for money. Domingo said he crossed the border illegally and was guided by phone to the side of a road. He waited for an hour for the load vehicle. A man with dark complexion instructed him to get into the trunk. He was in the trunk until he was arrested by BPA.

**MATERIAL WITNESS IN RELATION TO THE CHARGE:** Gaspar Domingo-Tomas

| | |
|---|---|
| Detention Requested<br>   Being duly sworn, I declare that the foregoing is<br>true and correct to the best of my knowledge.<br>AUTHORIZED BY:  AUSA Josh Ackerman/ri | SIGNATURE OF COMPLAINANT<br>RICARDO ISLA Digitally signed by RICARDO ISLA Date: 2020.04.01 09:48:57 -07'00' |
| | OFFICIAL TITLE<br>BPA Ricardo H. Islava |
| Sworn by telephone   x | |
| SIGNATURE OF MAGISTRATE JUDGE[1]  *Marie S. Aguilar* | DATE<br>April 1, 2020 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54